**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-00696-REB-CBS

KELLY BOYLE,

    Plaintiff,

v.

CRESA PARTNERS-DENVER, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss Claims With Prejudice** [#11] filed May 28, 2010. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Claims With Prejudice** [#11] filed May 28, 2010, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE**.

Dated May 28, 2010, at Denver, Colorado.

                              BY THE COURT:

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge